# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of September, two thousand seventeen.

Before:     Rosemary S. Pooler,
               *Circuit Judge.*

_____

New Jersey Carpenters Health Fund, on Behalf of Itself and All Others Similarly Situated,

        Plaintiff - Appellee,

v.

The Royal Bank of Scotland Group PLC, Greenwich Capital Holdings, Inc., Greenwich Capital Markets, Inc., DBA RBS Greenwich Capital, Deutsche Bank Securities Incorporated, NovaStar Mortgage Funding Trust, Series 2006-3, NovaStar Mortgage Funding Trust, Series 2006-4, NovaStar Mortgage Funding Trust, Series 2006-5, NovaStar Mortgage Funding Trust, Series 2006-6, NovaStar Mortgage Funding Trust, Series 2007-1, NovaStar Mortgage Funding Trust, Series 2007-2, Novastar Mortgage Funding Corporation, Hartman Gregory S. Metz, W. Lance Anderson, Mark A. Herpich, Scott F. Hartman, Novastar Mortgage Incorporated, Gregory S. Metz, RBS Securities Inc., Wells Fargo Advisors, LLC, FKA Wachovia Securities, LLC,

        Defendants - Appellees,

v.

Federal Home Loan Mortgage Corporation,

        Appellant.
_____

**ORDER**

Docket No. 17-2859

    Appellant moves to stay the district court proceedings pending appeal. Plaintiff-Appellee and Defendants-Appellees oppose the motion.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 10/03/2017

IT IS HEREBY ORDERED that the motion is REFERRED to a three-judge panel. IT IS FURTHER ORDERED that a temporary stay is GRANTED pending determination of the motion for stay pending appeal by the panel.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

*[signature and seal]*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*[signature and seal]*